NORFOLK SOUTHERN R. CO. v. TALBOTT.

(Circuit Court of Appeals, Fourth Circuit. October 10, 1911.)

No. 1,029.

APPEAL AND ERROR (§ 1170*)—REVIEW—HARMLESS ERROR.

A decree in equity, which does substantial justice between the parties, should not be reversed by an appellate court on technical objections.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 4540–4545; Dec. Dig. § 1170.*]

Appeal from the Circuit Court of the United States for the Eastern District of North Carolina, at Raleigh.

Suit in equity by the Trust Company of America against the Norfolk Southern Railway Company. The Norfolk Southern Railroad Company, purchaser at foreclosure sale herein, moved for an injunction against J. F. Talbott to restrain a sale of the property on execu-

tion from a state court. From an order (183 Fed. 803) overruling such motion, the Railroad Company appeals. Affirmed.

E. R. Baird, Jr., for appellant.

E. F. Aydlett, for appellee.

Before GOFF, Circuit Judge, and BOYD and KELLER, District Judges.

PER CURIAM. The record of this cause clearly discloses that as between the parties thereto substantial justice permeates the decree complained of. With great force technical objections have been presented by counsel for appellant as to the method of procedure adopted by the appellee in his efforts to collect the judgment rendered in his favor; but when we consider all of the circumstances involved in this litigation, it would not accord with the rules that do and should attend the administration of justice to reverse the said decree. The court below in a learned and forceful opinion, has fully stated the facts, and has reached a conclusion in which we concur. (C. C.) 183 Fed. 803.

Affirmed.